UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES FOSTER,

    Plaintiff,

v.                                                         Case No:   6:25-cv-1977-JSS-LHP

AMERICAN EXPRESS COMPANY,

    Defendant

_____

## ORDER

Before the Court is a Motion for Clerk to Enter Default, filed by Plaintiff, who appears *pro se*. Doc. No. 11. Upon review, the motion will be **DENIED without prejudice**, as the motion fails to adequately address, with citation to legal authority, that Defendant was properly served. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, Plaintiff was granted leave to proceed as a pauper in this case, and thus service was conducted by the United States Marshal. *See* Doc. No. 4. The return of service by the United States Marshal, however, states only that

Defendant was served by service on "Representative of CSC," with "legal evidence of service." Doc. No. 10. Plaintiff does not demonstrate by evidence or any legal authority that such service on an unidentified representative for an equally unidentified "CSC" would constitute proper service, particularly where it is not even clear where service occurred. Doc. No. 11.[1]

It is **ORDERED** that within **twenty-one (21) days** of this Order, Plaintiff shall file a renewed motion for Clerk's default demonstrating, by citation to evidence and legal authority, that Defendant was properly served. *See* Local Rule 3.01(b).

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Records available from the Florida Department of State, Division of Corporations, for the only active "American Express Company," state that its registered agent is C T Corporation System. *Available at* https://search.sunbiz.org/Inquiry/CorporationSearch/ByName, by entering "American Express Company" into the "entity name" field.